Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                    Case No.:  20−10264−JNP
                                    Chapter:  13
                                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda H Bennett
   aka Linda Helen Bennett
   5 Donna Marie Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4122

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/19/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 20, 2020
JAN: bc

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Linda H Bennett
    Debtor

Case No. 20-10264-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Aug 20, 2020
    Form ID: 148    Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.

```
db           +Linda H Bennett,    5 Donna Marie Court,    Sicklerville, NJ 08081-1602
518651963    +AT & T Mobility,    Po Box 3427,    Bloomington, IL 61702-3427
518651959     Advocare Berlin Medical Assoc,    PO Box 3001,    Voorhees, NJ 08043-0598
518651961    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
               Lancaster, PA 17601-4890
518651966    +Attorney General,    PO Box 080,    Hughes Justice Complex,    Trenton, NJ 08625-0080
518651968    +Berlin Medical Associates,    1891 Santa Barbara Dr St,    Apex Asset Management,
               Lancaster, PA 17601-4106
518651975     Evesham Veterinary Clinic,    800 Route 73 South,    Marlton, NJ 08053-9649
518651978    +HSBC Bank Nevada N.A.,    4851 Cox Road,    Glen Allen, VA 23060-6293
518651983    +Lawn Doctor,    P.O. Box 417,    Stratford-Turnersville,    Mullica Hill, NJ 08062-0417
518651984    +Leo J. Quigley,    34 Lahn Lane,    Hammonton, NJ 08037-2751
518651982    +MidFirst Bank,    KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
518769029    +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518651985    +Midfirst Bank/Midland Mortgage Company,    PO Box 26648,    Oklahoma City, OK 73126-0648
518651990    +NJ-AISC,    225 East State Street,    Trenton, NJ 08608-1800
518651989     New Jersey Motor Vehicle Commission,    PO Box 017,    Trenton, NJ 08666-0017
518826494    +New Jersey Motor Vehicle Commission/NJSVS,    PO Box 136,    Trenton, NJ 08666-0136
518728533    +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
518652003    +Wells Fargo Bank N.A. d/b/a Wells Fargo,    Auto,    PO Box 130000,    Raleigh, NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518713625    +E-mail/Text: Bankruptcy@absoluteresolutions.com Aug 21 2020 01:26:09
               ABSOLUTE RESOLUTIONS VI, LLC,    c/o Absolute Resolutions Corporation,
               8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437-1118
518651962     EDI: CINGMIDLAND.COM Aug 21 2020 04:38:00      AT & T Mobility,    PO BOx 537104,
               Atlanta, GA 30353-7104
518749121    +EDI: CINGMIDLAND.COM Aug 21 2020 04:38:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
               KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518651964    +EDI: CINGMIDLAND.COM Aug 21 2020 04:38:00      AT&T Mobility LLC,    One AT&T way, Suite 3A104,
               Bedminster, NJ 07921-2693
518651960    +E-mail/Text: bky@americanprofit.net Aug 21 2020 01:27:59      American Profit Recovery,
               Attn: Bankruptcy,    34505 W 12 Mile Road #333,    Farmington Hills, MI 48331-3288
518651965    +E-mail/Text: bankruptcy@pepcoholdings.com Aug 21 2020 01:26:58      Atlantic City Electric,
               5 Collins Drive Suite 2133,    Pepco Holdings Inc,    Carneys Point, NJ 08069-3600
518651967     EDI: BANKAMER.COM Aug 21 2020 04:38:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998
518651976     EDI: BANKAMER.COM Aug 21 2020 04:38:00      FIA Card Services,    PO Box 982235,
               El Paso, TX 79998-2235
518651969    +EDI: CAPITALONE.COM Aug 21 2020 04:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
518651970    +EDI: CAPITALONE.COM Aug 21 2020 04:38:00      Capital One Bank (USA), N.A.,    4851 Cox Road,
               Glen Allen, VA 23060-6293
518651972     EDI: DIRECTV.COM Aug 21 2020 04:33:00      Direct TV,    PO Box 11732,    Newark, NJ 07101-4732
518651973    +EDI: AIS.COM Aug 21 2020 04:38:00      Directv, LLC,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518651974    +EDI: DCI.COM Aug 21 2020 04:38:00      Diversified Consultants, Inc.,    Attn: Bankruptcy,
               Po Box 551268,    Jacksonville, FL 32255-1268
518651977     EDI: RMSC.COM Aug 21 2020 04:38:00      GE Capital Retail Bank,    PO Box 965004,
               Orlando, FL 32896-5004
518651979    +EDI: IIC9.COM Aug 21 2020 04:33:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
               St. Paul, MN 55164-0378
518657757     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2020 01:37:19      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518651986    +EDI: MID8.COM Aug 21 2020 04:38:00      Midland Funding,    2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
518651988     EDI: CBS7AVE Aug 21 2020 04:38:00      Midnight Velvet,    1112 7th Avenue,
               Monroe, WI 53566-1364
518651995     EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
               Norfolk, VA 23541
518769516     EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
518651991    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2020 01:37:20
               Pinnacle Credit Services, LLC/ Purchased,    Paper,    c/o Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
518651992    +EDI: PRA.COM Aug 21 2020 04:38:00      Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
518654096    +EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-1           User: admin               Page 2 of 2                  Date Rcvd: Aug 20, 2020
                               Form ID: 148              Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518651996      +EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank,   Po Box 965064,
                 Orlando, FL 32896-5064
518651997      +EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518651998      +EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank/Home Shopping,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518651999      +EDI: RMSC.COM Aug 21 2020 04:38:00      Synchrony Bank/Sams Club,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518652000       EDI: WTRRNBANK.COM Aug 21 2020 04:38:00      Target,   Target Card Services,
                 Mail Stop NCB-0461,   Minneapolis, MN 55440
518652001      +EDI: AIS.COM Aug 21 2020 04:38:00      Verizon,   by American InfoSource as agen,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518652002       EDI: VERIZONCOMB.COM Aug 21 2020 04:38:00      Verizon FIOS,   PO BOX 15124,
                 Albany, NY 12212-5124
518652004      +EDI: WFFC.COM Aug 21 2020 04:38:00      Wells Fargo Dealer Services,   Attn: Bankruptcy,
                 Po Box 19657,   Irvine, CA 92623-9657
518652005      +EDI: WFNNB.COM Aug 21 2020 04:38:00      World Financial Capital Bank,   PO Box 183003,
                 Columbus, OH 43218-3003
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518651980*     +I C System Inc,   444 Highway 96 East,   P.O. Box 64378,   St. Paul, MN 55164-0378
518651981*     +I C System Inc,   444 Highway 96 East,   P.O. Box 64378,   St. Paul, MN 55164-0378
518651987*     +Midland Funding,   2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
518651993*     +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
518651994*     +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
518651958     ##+Absolute Resolutions Corporation,   6602 El Cajon Blvd., Suite 200,   San Diego, CA 92115-2875
518651971     ##Citibank NA,   PO Box 6052,   Sioux Falls, SD 57117-6052
                                                                                 TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Linda H Bennett jjresq@comcast.net,   jjrogers0507@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```